CORNELIUS F. TIERNEY, Respondent, v. GEORGE W. PERKINS, as President of the CIGARMAKERS' INTERNATIONAL UNION OF AMERICA, Appellant.—

Decision amended so as to read as follows:* Judgments and order reversed, with costs, and complaint dismissed, with costs. Opinion by Woodward, J. (See *ante*, p. 391.) All concurred, except Kellogg, P. J., who dissented in memorandum in which Lyon, J., concurred. The court disapproves of the finding that the plaintiff was a dependent relative of the deceased member who at the time of her death was dependent in whole or in part upon her.

* A subsequent amendment appears on page 947.— [REP.